1  BENJAMIN B. WAGNER
   United States Attorney
2  R. STEVEN LAPHAM
   LEE S. BICKLEY
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA  95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00163 TLN |
| Plaintiff, | STIPULATION AND ORDER CONTINUING IMPOSITION OF JUDGMENT & SENTENCING |
| v. | DATE: SEPTEMBER 12, 2013 |
| SARKIS VARPETYAN, et. al., | TIME: 9:30 A.M. |
| Defendant. | JUDGE: TROY L. NUNLEY |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Sarkis Varpetyan, by and through his counsel of record, hereby stipulate that the imposition of judgment and sentencing in the matter presently set for September 12, 2013, at 9:30 a.m. may be vacated and the matter continued to December 12, 2013, at 9:30 a.m. for a status conference regarding the imposition of judgment and sentence.

Mr. Varpetyan's plea agreement with the government contains a cooperation provision and the government is not able to adequately assess the degree of Mr. Varpetyan's cooperation until the charges against others have been tried or otherwise disposed of.  For that reason, the parties have stipulated that the current date for imposition of judgment and sentencing may be vacated and the matter continued to December 12, 2013, at 9:30 a.m. for a status conference regarding a new date for imposition of judgment and sentencing and the setting of a new schedule of disclosures for the pre-sentencing report.

Stipulation to Continue Sentencing                                    1

IT IS SO STIPULATED.

DATED: August 28, 2013

BENJAMIN B. WAGNER
United States Attorney

*/s/ Lee S. Bickley*
LEE S. BICKLEY
Assistant United States Attorney

For the UNITED STATES OF AMERICA

DATED: August 28, 2013

*/s/ Lee S. Bickley for*
JOSEPH WELCH

For defendant SARKIS VARPETYAN

# O R D E R

IT IS SO FOUND AND ORDERED that for good cause appearing from the stipulation of the parties that the imposition of judgment and sentencing in this matter currently scheduled for 9:30 a.m. on September 12, 2013, is vacated and the matter is continued to December 12, 2013, at 9:30 a.m. for a status conference regarding the imposition of judgment and sentence.

this 29th day of August, 2013.

Troy L. Nunley
United States District Judge